No. 04-98-00120-CV



Gloria VALERIO,


Appellant



v.



WAL-MART STORES, INC. and Catherine Culp, Manager,


Appellee



From the 79th Judicial District Court, Jim Wells County, Texas


Trial Court No. 94-11-33142-CV


Honorable Edward G. Aparicio, Judge Presiding



PER CURIAM


Sitting: Phil Hardberger, Chief Justice

 Tom Rickhoff, Justice

 Karen Angelini, Justice


Delivered and Filed: September 9, 1998


DISMISSED FOR WANT OF PROSECUTION


 Appellant's brief, which was due June 19, 1998, has not been filed. On July 24, 1998, this
court ordered appellant to show cause in writing why this appeal should not be dismissed for want of
prosecution. Appellant did not respond. This appeal is therefore dismissed for want of prosecution.
See Tex. R. App. P. 38.8(a)(1), 42.3(b). Costs of appeal are taxed against appellant.

 PER CURIAM

DO NOT PUBLISH


Return to
4th Court of Appeals Opinions